UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-23664-BLOOM/Otazo-Reyes**

JUAN GRIEBEN, *individually and
on behalf of all others similarly situated*,

    Plaintiff,

v.

FASHION NOVA, INC.,

    Defendant.
_____/

**ORDER SETTING MOTION HEARING**

    **THIS CAUSE** is before the Court upon the Joint Notice of the Parties' Available Dates for a Hearing on Fashion Nova's Motion to Dismiss, ECF No. [44] ("Notice"). According, it is **ORDERED AND ADJUDGED** that a **Motion Hearing** on the Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. [24], shall be conducted on **April 13, 2022 at 9:00 a.m.** in Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. Should the parties wish to appear remotely, they shall advise the Court **no later than April 8, 2022**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on March 8, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record