UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:21-cv-23664-BB**

JUAN GRIEBEN, individually
and on behalf of all others similarly
situated,

       CLASS ACTION

   Plaintiff,

       JURY TRIAL DEMANDED

v.

FASHION NOVA, INC.,

   Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff Juan Grieben, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are dismissed <u>without</u> prejudice.

Date: April 11, 2022

                                                                         Respectfully submitted,

                                                                         **HIRALDO P.A.**
                                                                         401 E. Las Olas Boulevard
                                                                         Suite 1400
                                                                         Ft. Lauderdale, Florida 33301

                                                                         */s/ Manuel S. Hiraldo*
                                                                         Manuel S. Hiraldo
                                                                         Florida Bar No. 030380
                                                                         Email: mhiraldo@hiraldolaw.com
                                                                         Telephone: 954.400.4713
                                                                         *Counsel for Plaintiff*

1
