UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-23664-BLOOM/Otazo-Reyes**

JUAN GRIEBEN, *individually and
on behalf of all others similarly situated*,

      Plaintiff,

v.

FASHION NOVA, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [46] ("Notice"), filed on April 11, 2022. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [46]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 11, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Case No. 21-cv-23664-BLOOM/Otazo-Reyes

Copies to:

Counsel of Record